UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

TEA IL KIM,
HYUN JU LEE,

JUDGMENT
07-CV- 3655 (JG)

Petitioners,

-against-

MICHAEL CHERTOFF, Secretary of U.S. Dept.
of Homeland Security, EMILIO T. GONZOLEZ,
Director U.S. Citizenship and Immigration,
ANDREA J. QUARANTILLO, District Director,
U.S. Citizenship and Immigration,
UNITED STATES DEPT. OF HOMELAND
SECURITY,
CITIZENSHIP and IMMIGRATION SERVICES,

Respondents.
-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 19 2007 ★

An Order of Honorable John Gleeson, United States District Judge, having been filed on October 17, 2007, dismissing the petition as moot; it is

ORDERED and ADJUDGED that judgment is hereby entered dismissing the petition for a writ of habeas corpus.

Dated: Brooklyn, New York
       October 18, 2007

s/Robert C. Heinemann.
ROBERT C. HEINEMANN
Clerk of Court